IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN SOUTHERLAND : CIVIL ACTION
:
:
v. :
:
COMMONWEALTH OF PENNSYLVANIA, :
MONTGOMERY COUNTY, *et al.* : NO. 08-5333

**O R D E R**

AND NOW, this 7th day of April 2010, upon consideration of the Motion to Set Aside Judgment, and the response thereto, IT IS ORDERED:

That the Motion is DENIED.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam,    Sr. J.